**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 04-6686**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERRANCE SMITH, a/k/a Ty,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CR-02-217)

───────────

Submitted: June 24, 2004          Decided: July 2, 2004

───────────

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Terrance Smith, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terrance Smith appeals the district court's order dismissing Smith's motion to dismiss his indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Smith</u>, No. CR-02-217 (E.D. Va. Apr. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>